# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HERIBERTO TORIBIO-RUIZ,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>DR. ARANAS, *et al.*,<br><br>　　　　　　　Defendants. | 3:18-cv-00493-RCJ-CLB<br><br>**ORDER** |

　　Before the court is plaintiff's motion for extension of time to December 29, 2020 to file an opposition to defendants' motion for summary judgment (ECF No. 44). Defendants filed a notice of non-opposition (ECF No. 45).

　　The date of the requested extension has passed without plaintiff filing his opposition. Therefore, the court will *sua sponte* grant plaintiff an extension of time to **Friday, January 15, 2021** to file an opposition to defendants' motion for summary judgment.

**DATED**:  December 30, 2020

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**